UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHS EUROPE S.A.,

                 Plaintiff,

      -against-                              09 Civ. 2619 (LAK)

EGYPTIAN TRADERS CO.,

                 Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff moves to amend the complaint to join additional parties. [DI 35] Defendant opposes the motion and avails itself of the opportunity gratuitously to argue that process of maritime attachment, which is sought in the prayer for relief in the proposed amended complaint, could not properly issue, this despite the fact that there is no current application for that relief.

        The Court sees no bad faith or undue delay here. Whether plaintiff would seek process of maritime attachment and, if so, whether it should prevail on such a request, can abide the event. So to the question whether plaintiff can make out its *alter ego* allegations.

        The motion for leave to amend [DI 35] is granted.

        SO ORDERED.

Dated:     November 24, 2009

                                                            Lewis A. Kaplan
                                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 11/24/09